UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff and Judgment Creditor, | : |
| v. | : |
| | :   Civil No. CCB-98-1619 |
| CYNTHIA P. GALMORE, | |
| | : |
| Defendant and Judgment Debtor. | : |
| | : |

...o0o...

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas F. Corcoran, Assistant United States Attorney for the District of Maryland, as counsel for Plaintiff and Judgment Creditor, United States of America, and withdraw the appearance of Tamera Lynn Fine, Assistant United States Attorney.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800