## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2006 a copy of Plaintiff's Entry of Appearance was sent, first class mail, postage prepaid, to:

Cynthia P. Galmore
1807 McKean Avenue
Baltimore, MD 21217

_____
Thomas F. Corcoran
Assistant United States Attorney