IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | :   Civil No. CCB-98-1619 |
| CYNTHIA P. GALMORE, | : |
| DEFENDANT. | : |

...oOo...

## CANCELLATION OF JUDGMENT

The Default Student Loan in the above-entitled case has been returned to the Department of Education for surveillance. The Clerk of the United States Court for the District of Maryland is hereby authorized and empowered to cancel said judgment of record.

Cynthia P. Galmore, is hereby released from any lien created by the Notice of Lien recorded February 11, 1999, Case No. 24-L-99-00813, Receipt# 199900003401, in the Circuit Court for Baltimore City.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 24894