## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2006, a copy of the Cancellation of Judgment was sent, first class mail, postage prepaid, to:

Cynthia P. Galmore
1807 McKean Avenue
Baltimore, MD 21217

Thomas F. Corcoran
Assistant United States Attorney